# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**LEONARD GULBRONSON,**

    **Plaintiff,**

**v.**                                                               Case No. 1:19-cv-156-AW-GRJ

**CLINT ANDERSON, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's March 27, 2020 Report and Recommendation. ECF No. 26. No objections have been filed. I agree with the recommendation to dismiss all claims other than the Fourth Amendment excessive force claims (which were not challenged in Defendants' motion to dismiss). The Report and Recommendation, ECF No. 26, is adopted and incorporated by reference in this Order. Defendants' motion to dismiss, ECF No. 16, is GRANTED, and Plaintiff's Fifth Amendment, Eighth Amendment, Fourteenth Amendment, and federal assault and battery claims are DISMISSED. The remaining claims will proceed, and the magistrate judge will conduct further appropriate proceedings.

SO ORDERED on May 25, 2020.

                                                          s/ *Allen Winsor*
                                                          United States District Judge